**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 6:26-bk-05708-TPG |
| | ) | Chapter 13 |
| MATTHEW ALLEN SARGEANT, SR., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| MATTHEW ALLEN SARGEANT, SR., | ) | Adversary No. ________ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SANTANDER CONSUMER USA, INC. d/b/a CHRYSLER CAPITAL, and MAC HAIK AUTOMOTIVE GROUP, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**COMPLAINT FOR RESCISSION, DAMAGES, AND DECLARATORY RELIEF**

## I. INTRODUCTION AND NATURE OF THE PROCEEDING

1. This is an adversary proceeding arising in and related to the above-captioned Chapter 13 bankruptcy case, filed by Plaintiff Matthew Allen Sargeant, Sr. ("Debtor" or "Plaintiff"), pro se.

2. This action seeks: (a) rescission of a motor vehicle retail installment contract induced by fraud and deceptive practices; (b) damages under the Texas Deceptive Trade Practices Act ("DTPA"), Tex. Bus. & Com. Code Ann. § 17.41 et seq.; (c) damages under the Federal Trade Commission Holder Rule, 16 C.F.R. § 433.1 et seq.; (d) a declaration that the debt owed to

Defendants is nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A) due to fraud; and (e) such other relief as the Court deems just.

3. Plaintiff's prior adversary proceedings against these same Defendants and others (Case No. 6:26-ap-00060-TPG and Case No. 6:26-ap-00116-TPG) were dismissed without prejudice solely due to lack of jurisdiction following dismissal of the underlying bankruptcy case, and not on the merits. Plaintiff now has an active bankruptcy case (Case No. 6:26-bk-05708-TPG), curing the jurisdictional defect.

4. In the prior proceeding (Case No. 6:26-ap-00116-TPG), the Clerk entered a default against Defendant Mac Haik Automotive Group. Plaintiff respectfully requests that this Court take judicial notice of that default and enter default judgment against Mac Haik.

## II. JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1334, 28 U.S.C. § 157, and 11 U.S.C. § 523. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I) (determinations of dischargeability of debts), (J) (objections to discharge), and (O) (other proceedings affecting the debtor-creditor relationship).

6. Plaintiff filed a voluntary petition under Chapter 13 on MARCH, 2026, in Case No. 6:26-bk-05708-TPG. This adversary proceeding is related to that bankruptcy case because it concerns a debt that is the subject of Plaintiff's bankruptcy estate.

7. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. § 1409(a) as Plaintiff resides in this District and his bankruptcy case is pending here.

8. The Court has personal jurisdiction over Defendants because Defendant Santander Consumer USA, Inc. transacts business in Florida, and Defendant Mac Haik Automotive Group transacts business in the United States and has consented to jurisdiction through its sale of motor vehicles financed through interstate commerce.

## III. PARTIES

9. Plaintiff Matthew Allen Sargeant, Sr., is an individual residing in the Middle District of Florida and a debtor in the above-captioned Chapter 13 bankruptcy case.

10. Defendant Santander Consumer USA, Inc. d/b/a Chrysler Capital ("Santander") is a corporation organized under the laws of Delaware with its principal place of business in Texas. Santander is the assignee and holder of the retail installment contract at issue.

11. Defendant Mac Haik Automotive Group ("Mac Haik") is a Texas corporation with its principal place of business in Texas. Mac Haik is the retail seller of the motor vehicle at issue.

## IV. FACTUAL ALLEGATIONS

12. On or about September 6, 2023, Plaintiff and his co-signer, Tina Cheatham, executed a retail installment contract with Defendant Mac Haik for the purchase of a used 2014 Dodge Challenger, VIN: 2C3CDYAG0EH281803 (the "Vehicle").

13. At the time of signing, Plaintiff and his co-signer were informed by Mac Haik representatives that the financing was approved and that Plaintiff could take immediate delivery of the Vehicle. Plaintiff paid a down payment of $2,000 and drove the Vehicle off the lot.

14. Unbeknownst to Plaintiff, the financing was NOT approved by any lender at the time of delivery. The contract was a "conditional delivery agreement" under Texas law.

15. On or about September 5, 2023—the day before Plaintiff signed the contract—Chrysler Capital (Santander) sent Plaintiff a letter denying his credit application. A true and correct copy is attached hereto as Exhibit B. Plaintiff's credit score at that time was 508, and the denial cited:

- Derogatory public record or collection filed;
- Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high;
- Too few accounts currently paid as agreed;
- Time since delinquency is too recent or unknown.

16. Despite knowing that financing had been denied the day before, Defendant Mac Haik had Plaintiff execute a retail installment contract on September 6, 2023, and allowed Plaintiff to take delivery of the Vehicle.

17. Defendant Mac Haik concealed the September 5, 2023 denial from Plaintiff. Plaintiff was NOT informed that his application had been rejected.

18. On or about September 18, 2023, Stellantis Financial Services sent Plaintiff a denial letter, dated 12 days after the Contract was signed. A true and correct copy is attached hereto as Exhibit C.

19. On or about October 2, 2023, Stellantis Financial Services sent Plaintiff another denial letter, dated 26 days after the Contract was signed. A true and correct copy is attached hereto as Exhibit D.

20. Plaintiff was NOT informed of any of these denials by Defendant Mac Haik. The denial letters arrived at Plaintiff's residence at random times in the months after the transaction. At the time, Plaintiff did not understand their legal significance. Plaintiff did not discover—and could not have discovered through reasonable diligence—that financing had been denied before signing until he began investigating the transaction for this litigation.

21. Approximately two weeks after the signing, Plaintiff Recieved his copy of the contract showing An ancillary product had been added to the Contract without his signature or consent. Plaintiff immediately requested that the transaction be "unwound" and rescinded. They agreed to do this,

22. Plaintiff provided Defendant Mac Haik with a new, more qualified co-signer (Plaintiff's mother) who could secure a lower interest rate without a service contract. Plaintiff specifically requested that any new Contract not include the unauthorized ancillary product.

23. Plaintiff and co-signer Tina Cheatham Recieved & signed a Customer DEAL UNWIND Agreement provided by Defendant Mac Haik. A true and correct copy is attached hereto as Exhibit A.

24. The DEAL UNWIND Agreement expressly states that Plaintiff and his co-signer "have returned our purchase to GEORGETOWN MAC HAIK DODGE CHRYSLER JEEP RAM" and that "Any warranties or aftermarket products included in deal are to be cancelled."

25. The DEAL UNWIND Agreement also expressly states that "IF A TRADE IN WAS INVOLVED: N/A," confirming there was no trade-in to complicate the unwinding.

26. Plaintiff MATTHEW SARGENT signed the DEAL UNWIND Agreement and returned HIS COPY TO Defendant Mac Haik. Defendant Mac Haik was obligated to execute its portion of the agreement, including the "Accepted by:" section, but deliberately refused to do so while stringing Plaintiff along for over one month.

27. By providing the DEAL UNWIND Agreement and accepting Plaintiff's signature, Defendant Mac Haik represented that the original deal would be unwound. Plaintiff relied on this representation to his detriment.

28. Defendant Mac Haik had no intention of completing the unwinding and used the document to delay Plaintiff while the statutory period expired.

29. For over one month, Defendant Mac Haik strung Plaintiff along, representing that they were working on the unwinding and the new deal. Plaintiff engaged in an unbroken chain of communications with Defendant Mac Haik via text message, during which Defendant Mac Haik repeatedly represented they would complete the unwinding.

30. During this period, Defendant Mac Haik did not inform Plaintiff that the original financing had been denied the day before signing, and again one week after signing, and again 26 days after signing.

31. Despite Plaintiff's repeated requests, Defendant Mac Haik never completed the unwinding and ultimately blamed plaintiff & alwso PAYMENT for REFUSAL while concealing that the finance company had already denied the Contract AS WELL AS SEVERAL OTHERS.

32. As a result of Defendant Mac Haik's conduct, Plaintiff was forced into a loan with a 24.1% APR that he would not have accepted had he known the true status of the financing.

33. Plaintiff has suffered extensive damages, including but not limited to: (a) loss of the $2,000 down payment; (b) all payments made on the Contract; (c) liquidation of a 401(k) retirement account to attempt to manage the debt; (d) loss of trust and financial support from family members who made payments on the loan; (e) emotional distress and financial devastation; and (f) the inability to obtain refinancing or restructuring despite multiple recorded requests to Santander.

## V. EQUITABLE TOLLING – STATUTE OF LIMITATIONS

34. Plaintiff re-alleges and incorporates paragraphs 1 through 33 as if fully set forth herein.

35. Plaintiff's claims under the Truth in Lending Act (1-year statute) and the Texas Deceptive Trade Practices Act (2-year statute) are subject to equitable tolling because Defendants fraudulently concealed the facts giving rise to Plaintiff's claims.

36. Defendants actively concealed that financing had been denied before Plaintiff signed the Contract. The denial letters arrived at Plaintiff's residence at random times and were auto-generated. Plaintiff did not understand their legal significance until he began investigating the transaction for this litigation.

37. Plaintiff could not have discovered the fraud through reasonable diligence because:

- (a) Defendant Mac Haik represented that financing was approved at the time of signing;
- (b) Defendant Mac Haik concealed the September 5, 2023 denial;
- (c) Defendant Mac Haik concealed the September 18, 2023 and October 2, 2023 denials;
- (d) Defendant Mac Haik continued to represent that the unwinding was being processed for over one month;

- (e) The denial letters were auto-generated and did not explain their significance to Plaintiff's claims.

38. The doctrine of equitable tolling applies when a defendant fraudulently conceals a cause of action. *Glimcher v. S.C. Dep't of Health & Envtl. Control*, No. 2:07-1601, 2008 WL 728387 (D.S.C. Mar. 17, 2008).

39. Alternatively, the discovery rule applies because Plaintiff did not discover—and could not have discovered through reasonable diligence—that financing had been denied before signing until he obtained the denial letters and understood their significance. See, e.g., *Harper v. Mac Haik Ford, Ltd.*, 319 S.W.3d 741 (Tex. App.—Houston [1st Dist.] 2010) (discussing discovery rule in DTPA claims).

40. Accordingly, Plaintiff's claims are timely filed.

## VI. CAUSES OF ACTION

**COUNT ONE: Violation of Texas Finance Code § 348.013 – Conditional Delivery Agreement**

41. Plaintiff re-alleges and incorporates paragraphs 1 through 40 as if fully set forth herein.

42. Texas Finance Code § 348.013(e) provides that "[a] conditional delivery agreement may not exceed a term of 15 days".

43. Defendant Mac Haik allowed Plaintiff to take delivery under a conditional delivery agreement that exceeded 15 days, in violation of the statute.

44. Texas Finance Code § 348.013(g) provides that if the parties do not subsequently enter into a retail installment contract, the retail seller must, within seven days, return any trade-in or down payment.

45. Defendant Mac Haik failed to return Plaintiff's $2,000 down payment within seven days or at all, in violation of the statute.

46. Defendant Mac Haik's violation of § 348.013 constitutes an unlawful act that caused Plaintiff's damages.

**COUNT TWO: Fraudulent Inducement**

47. Plaintiff re-alleges and incorporates paragraphs 1 through 46 as if fully set forth herein.

48. Particularized Allegations of Fraud (FRCP Rule 9(b)):

| **Element** | **Allegation** |
|---|---|
| **Who** | Representatives of Defendant Mac Haik Automotive Group (names to be identified through discovery and text messages); Defendant Mac Haik's agents and employees |
| **What** | Defendant Mac Haik represented that financing was approved and that Plaintiff could take immediate delivery; Defendant Mac Haik further represented that they would unwind the original deal and complete a new deal with Plaintiff's more qualified co-signer |
| **When** | September 6, 2023 (at the time of signing) and continuing through October 2023 |
| **Where** | Georgetown Mac Haik Dodge Chrysler Jeep Ltd., Georgetown, Texas |
| **How** | By allowing Plaintiff to sign the Contract and take delivery; by concealing the September 5, 2023 denial; by providing and accepting the DEAL UNWIND Agreement; by stringing Plaintiff along for over one month; by continuing to represent they were working on the unwinding |
| **Why False** | Defendant Mac Haik knew financing had been denied on September 5, 2023 (Exhibit B); Defendant Mac Haik received denials on September 18, 2023 (Exhibit C) and October 2, 2023 (Exhibit D); Defendant Mac Haik had no intention of completing the unwinding |

49. Defendant Mac Haik made these representations with the intent to induce Plaintiff to continue waiting past the statutory period, thereby forcing Plaintiff to accept the original Contract and preventing Plaintiff from seeking alternative financing.

50. Plaintiff justifiably relied on Defendant Mac Haik's representations to his detriment.

51. As a direct and proximate result, Plaintiff suffered damages as described herein.

**COUNT THREE: Violation of the Texas Deceptive Trade Practices Act (DTPA)**

52. Plaintiff re-alleges and incorporates paragraphs 1 through 51 as if fully set forth herein.

53. Plaintiff is a "consumer" as defined by the DTPA, Tex. Bus. & Com. Code § 17.45(4), as he sought and acquired goods and services by purchase from Defendant Mac Haik.

54. Defendant Mac Haik engaged in "false, misleading, or deceptive acts or practices" in violation of Tex. Bus. & Com. Code § 17.46(a) and (b), including:

- (a) Representing that goods or services have characteristics, uses, benefits, or quantities that they do not have, in violation of § 17.46(b)(5);
- (b) Representing that an agreement confers rights, remedies, or obligations that it does not have, in violation of § 17.46(b)(12);
- (c) Engaging in unconscionable actions or courses of action in violation of § 17.50(a)(3).

55. Defendant Mac Haik's conduct was committed "knowingly" as defined by Tex. Bus. & Com. Code § 17.45(9), in that Defendant Mac Haik had actual awareness of the falsity of its representations and the unconscionability of its actions.

56. Defendant Mac Haik's deceptive acts and unconscionable conduct were a producing cause of Plaintiff's damages.

57. Plaintiff is entitled to recover:

- (a) Economic damages;
- (b) Treble damages under Tex. Bus. & Com. Code § 17.50(b)(1) if the violation was knowing;
- (c) Attorney's fees and costs under Tex. Bus. & Com. Code § 17.50(d).

**COUNT FOUR: Federal Trade Commission Holder Rule**

58. Plaintiff re-alleges and incorporates paragraphs 1 through 57 as if fully set forth herein.

59. The retail installment contract at issue is a consumer credit contract subject to the FTC Holder Rule, 16 C.F.R. § 433.1 et seq.

60. The Contract contains the required FTC Holder Rule provision, making the holder of the Contract "subject to all claims and defenses which the debtor could assert against the seller." A true and correct copy of the FTC Holder Rule provision is attached hereto as Exhibit F.

61. Plaintiff may therefore assert against Defendant Santander all claims and defenses he could assert against Defendant Mac Haik regarding the sale and financing of the Vehicle.

62. Recovery under the FTC Holder Rule against Defendant Santander is limited to "amounts paid by the debtor hereunder," including payments made on the Contract.

**COUNT FIVE: Determination of Nondischargeability Under 11 U.S.C. § 523(a)(2)(A)**

63. Plaintiff re-alleges and incorporates paragraphs 1 through 62 as if fully set forth herein.

64. The debt owed to Defendants arises from the fraudulent conduct described above.

65. Pursuant to 11 U.S.C. § 523(a)(2)(A), a debt for money, property, or services obtained by false pretenses, false representation, or actual fraud is nondischargeable.

66. Defendant Mac Haik obtained money and property from Plaintiff through false pretenses and false representations, as described above.

67. Plaintiff is entitled to a determination that the debt owed to Defendants is nondischargeable.

**COUNT SIX: Breach of Contract**

68. Plaintiff re-alleges and incorporates paragraphs 1 through 67 as if fully set forth herein.

69. The DEAL UNWIND Agreement constitutes a valid, enforceable contract between Plaintiff and Defendant Mac Haik.

70. Plaintiff performed his obligations under the Contract by signing the document and agreeing to the terms.

71. Defendant Mac Haik breached the contract by:

- (a) failing to execute its portion of the agreement;
- (b) failing to cancel the warranties and aftermarket products;
- (c) failing to refund the down payment and payments; and
- (d) failing to complete the unwinding.

72. As a direct and proximate result of Defendant Mac Haik's breach, Plaintiff suffered damages as described herein.

73. Plaintiff is entitled to recover actual damages, consequential damages, and such other relief as the Court deems just.

## VII. DAMAGES CALCULATION

Plaintiff seeks the following specific relief:

| **Category** | **Amount** |
|---|---|
| Down payment | $2,000.00 |
| Monthly payments made on contract | $14,269.50 |
| Interest payments made | $0.00 *(Included in monthly payments)* |
| 401(k) liquidation losses | $6,000.00 |
| Emotional distress and financial devastation | To be determined by Court |
| **Actual economic damages (Subtotal)** | **$22,269.50** |
| Trebling under DTPA (if knowing violation) | 3 × economic damages |
| **Subtotal under DTPA** | **$66,808.50** |
| Statutory damages under DTPA | As determined by Court |

| | |
|---|---|
| Attorney's fees and costs | As determined by Court |
| **TOTAL RELIEF SOUGHT** | $250,000 / OR COURT DETERMIN. |

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants, jointly and severally, and grant the following relief:

**A. Declaratory Relief:**

1. Declare the retail installment contract rescinded, void, and unenforceable;

2. Declare that the debt is nondischargeable under 11 U.S.C. § 523(a)(2)(A);

**B. Injunctive Relief:**

3. Order Defendants to release all liens on the Vehicle and surrender title to Plaintiff;

**C. Monetary Damages:**

4. Award Plaintiff the full amount of damages as calculated above;

5. Award treble damages under the Texas Deceptive Trade Practices Act;

6. Award Plaintiff the return of the $2,000 down payment and all payments made on the Contract;

**D. Statutory Relief:**

7. Award Plaintiff statutory damages, attorney's fees, and costs under the Texas Deceptive Trade Practices Act, Tex. Bus. & Com. Code § 17.50(d);

**E. Such Other Relief:**

8. Award such other and further relief as this Court deems just and proper.

## IX. JURY DEMAND

Plaintiff respectfully requests a trial by jury on all issues so triable.

## X. CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon counsel for Defendants, if any, and upon the Chapter 13 Trustee on this 10th day of August, 2026, via the CM/ECF filing system.

Matt Sargeant Sr.

Matthew Allen Sargeant, Sr.
4101 Fairview Vista Point
#327
Orlando Fl. 32804
Pro Se Plaintiff
MORTALLIFE@ICLOUD.COM
512-413-7955

FILED ORL INTAKE-USBC
11 AUG 2026 PM2:38

B1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS** Matthew Allen Sargeant SR | **DEFENDANTS** Santander Consumer USA DBA Chrysler Capitol<br>Mac Haik Dodge Jeep Ram Chrysler CDJ |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Pro - Se | **ATTORNEYS** (If Known) Womble Bond Dickinson for Santander (US) LLP |
| **PARTY** (Check One Box Only)<br>☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Fraudulant inducement breach of contract & violations of the Texas deceptive trade practices act, arising from an illegal series of actions where defendant MacHaik via representative concieled several denial letters in violation of TX Finance Code § 348.013) plaintif seeks determination of debt non dischargable under 11 U.S.C. § 523(a)(2)(A) and asserts claims against assignee, Santander under FTC Holder Rule CFR § 433.1 et seq

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
- ☐ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- [1] 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- [2] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(f) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
- [3] 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☒ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
- [4] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| | |
|---|---|
| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
| ☐ Check if a jury trial is demanded in complaint | Demand $ 250,000 / or determined |

Other Relief Sought Recision of contract declatory judgement of non dischargability under 11 USC § 523(a)(2)(A) release of liens and title surrender statutory damages and attorney fees under Texas DTPA.

**B1040 (FORM 1040) (12/24)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR MATTHEW ALLEN SARGEANT | BANKRUPTCY CASE NO | |
| DISTRICT IN WHICH CASE IS PENDING MIDDLE DISTRICT OF FLORIDA | DIVISION OFFICE ORLANDO | NAME OF JUDGE TIFFANY GEYER |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF MATTHEW ALLEN SARGEANT | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING MID DIST OF FLORIDA | DIVISION OFFICE ORLANDO | NAME OF JUDGE TIFFANY GEYER |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) Matt Sargeant | | |
| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) MATTHEW A. SARGEANT | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

## EXHIBIT LIST

Plaintiff hereby attaches the following exhibits to this Complaint:

| Exhibit | Description | Date |
|---|---|---|
| A | Customer DEAL UNWIND Agreement | September 2023 |
| B | Chrysler Capital (Santander) Denial Letter | September 5, 2023 |
| C | Stellantis Financial Services Denial Letter | September 18, 2023 |
| D | Stellantis Financial Services Denial Letter | October 2, 2023 |
| E | Text Messages between Plaintiff and Mac Haik | September–October 2023 |
| F | Original Retail Installment Contract (with FTC Holder Rule provision) | September 6, 2023 |
| G | SIGNITURE NOT PRESENT & SIGNATURE NOT COSIGNERS | |
| H | ADDITIONAL DENIAL LETTERS SPANING 2 MONTHS | SEPT. – 5, 14, 15, 19, 20, 25, 25, 27, 28, 28 |
| I | VEHICLE VALUATION REPORT | |

DEAL UNWIND Agreement

# Exhibit-A

t May Concern:

TED NAME/S) TINA CHEATHAM MATTHEW SARGEANT

ned our purchase to GEORGETOWN MAC HAIK DODGE CHRYSLER JEEP RAM.

on our trade in or TTL paid to the State is to be refunded back to GEORGETOWN MAC HAIK RYSLER JEEP RAM. Any warranties or aftermarket products included in deal are to be n the below vehicle.

Model 2014 DODGE CHALLENGER
2C3CDYAG0EH281803

re

Tina Cheatham

yer

pted by: Tina Cheatham

esentative of GEORGETOWN MAC HAIK DODGE CHRYSLER JEEP

**TRADE IN WAS INVOLVED:** N/A

Ve have taken back possession of our trade in:

Make/Model ______

______ on Date: ______

riginal loan on this vehicle is to be reinstated. Any mileage put on the purchase unit or work that een done to the trade in, I acknowledge will be deducted from the down payment funds and any onal fees due.

re

r

d by:

ntative of GEORGETOWN MAC HAIK DODGE CHRYSLER JEEP

**ATURES ON BROWN POA AND STATEMENT OF FACTS OF ALL PARTIES**

Jul 28,

CHRYSLER CAPITAL
P.O. Box 9118 Temecula, CA 92589-9118

Exhibit· B·

Reference Number:
152501420

09/30/2023

ADDRESS SERVICE REQUESTED

2039002465 PRESORT PBPS005 <>

MATTHEW SARGEANT
404 RAWHIDE LOOP # 404
ROUND ROCK TX 78681-6928

**Dear MATTHEW SARGEANT,**

Thank you for your recent application for the extension of credit through GEORGETOWN MAC HAIK DODGE CHRYSLER JEEP LTD. After carefully reviewing your application, we regret that we are unable to approve the terms of your credit request. If you would like a statement of specific reasons why your application was denied, please contact us at our address or telephone number shown below within 60 days of the date of this letter. We will provide you with the statement of reasons in writing within 30 days after receiving your request. Please make sure to have your reference number available when you contact us.

Chrysler Capital | P.O. Box 660538 Dallas, TX 75266-9039
Telephone: (877) 219-9672

If we obtained information from a consumer reporting agency as part of our consideration of your application, its name, address and toll-free telephone number is shown below. The consumer-reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer-reporting agency.

You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. You can find out about the information contained in your file by contacting:

TransUnion, P.O. Box 1000 Chester, PA 19022, and (800) 916-8800
Experian, P.O. Box 2002 Allen, TX 75013, and (888) 397-3742
LexisNexis Risk & Information Analytics Group Inc., P.O. Box 105108 Atlanta, GA 30348-5108, and (866) 312-8076

We also obtained your credit score from TransUnion and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 508 Date: 09/05/2023

Scores range from a low of 250 to a high of 900.
Key factors that adversely affected your credit score:

Derogatory public record or collection filed
Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high
Too few accounts currently paid as agreed
Time since delinquency is too recent or unknown

If you have any questions regarding your credit score, you should contact TransUnion at P.O. Box 1000 Chester, PA 19022 or (800) 916-8800.

If you have any questions regarding this letter, you should contact us at:
Chrysler Capital | P.O. Box 660538 Dallas, TX 75266-9039
Telephone: (877) 219-9672

Sincerely,
Chrysler Capital

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau (CFPB), 1700 G Street, NW, Washington, DC 20552 and the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

©2017 Chrysler Capital is a registered trademark of Chrysler Group LLC and licensed to Santander Consumer USA Inc.

CC-AA_28819-A_092217

STELLANTIS FINANCIAL SERVICES, INC.
5757 WOODWAY DR STE 400
HOUSTON TX 77057-1520
ELECTRONIC SERVICE REQUESTED

Exhibit C

September 18, 2023

00241200240804522515786B1692804—000062Usy95dpkAEA-

MATTHEW SARGEANT
404 RAWHIDE LOOP
ROUND ROCK TX 78681-6928

Application No.: 601217897
Dealer Name: Mac Haik Dodge Chrysler Jeep (Georgetown)

MATTHEW SARGEANT

Thank you for your recent credit application which was submitted to Stellantis Financial Services, Inc. by the above-referenced dealer. Your request was carefully considered, and we regret that we are unable to approve your application at this time, for the following reason(s):

After carefully reviewing your application, we are sorry to advise you that we cannot extend credit to you at this time. If you would like a statement of specific reasons why your application was denied, please contact our Credit Decision Information Office shown below within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days after receiving your request. Please see below for our contact information.

If we obtained information from a consumer reporting agency as part of our consideration of your application, its name, address, and toll-free telephone number is shown below (if not contained below, then such information was not obtained). The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you received is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. You can find out about the information contained in your file by contacting:

Equifax Information Services., LLC
P.O. Box 740241

Atlanta, GA 30374-0241
800-685-1111

62-DFSFS001-AAPBD-04/12/22-000062Usy95dpkAEA-

1027

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 510 as of 09/05/2023
Scores range from a low of 300 to a high of 850.

Key factors that adversely affected your credit score:
SERIOUS DELINQUENCY
PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
NUMBER OF ACCOUNTS WITH DELINQUENCY
TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN

If you have any questions regarding this notice, you should contact:

Stellantis Financial Services, Inc.
ATTN: Compliance Department
5757 Woodway Drive, Suite 400.
Houston, TX 77057
Credit Decision Information Number (toll-free) - (833)714-2925

**Notice:** The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

**Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with the law.

STELLANTIS FINANCIAL SERVICES, INC. Exhibit- D
5757 WOODWAY DR STE 400
HOUSTON TX 77057-1520
ELECTRONIC SERVICE REQUESTED

October 2, 2023

0024120024080726137878681592804—000104v5v2JGF7AMai
MATTHEW SARGEANT
404 RAWHIDE LOOP
ROUND ROCK TX 78681-6928

Application No.: 601219015
Dealer Name: Mac Haik Dodge Chrysler Jeep (Georgetown)

MATTHEW SARGEANT

Thank you for your recent credit application which was submitted to Stellantis Financial Services, Inc. by the above-referenced dealer. Your request was carefully considered, and we regret that we are unable to approve your application at this time, for the following reason(s):

> After carefully reviewing your application, we are sorry to advise you that we cannot extend credit to you at this time. If you would like a statement of specific reasons why your application was denied, please contact our Credit Decision Information Office shown below within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days after receiving your request. Please see below for our contact information.

If we obtained information from a consumer reporting agency as part of our consideration of your application, its name, address, and toll-free telephone number is shown below (if not contained below, then such information was not obtained). The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you received is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. You can find out about the information contained in your file by contacting:

Equifax Information Services., LLC
P.O. Box 740241

Atlanta, GA 30374-0241
800-685-1111

4489

104-DFSFS001-AACB24-04/12/22-000104v5v2JGF7AMai

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 510 as of 09/05/2023
Scores range from a low of 300 to a high of 850.

Key factors that adversely affected your credit score:
SERIOUS DELINQUENCY
PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
NUMBER OF ACCOUNTS WITH DELINQUENCY
TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN

If you have any questions regarding this notice, you should contact:

Stellantis Financial Services, Inc.
ATTN: Compliance Department
5757 Woodway Drive, Suite 400.
Houston, TX 77057
Credit Decision Information Number (toll-free) -(833)714-2925

**Notice:** The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

**Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with the law.

address?
Thanks

Anita sargeant
Sargeana@gmail.com

Sep 19, 2023 at 6:15 PM

Hey austin I was just checking in to see what has transpired and if the

Financing in Georgetown | Mac Haik Dodge Chrysler Jeep R...
machaikonline.com

I think it working now!

Your still in the office?

It's 11pm in Orlando

Moms in bed

Do I need to reapply?

unfortunately, but do you have Brian's number?
He is in today!
Thanks

Sep 22, 2023 at 2:26 PM

Hey austin im really just wondering how to interpret the message here that I'm not getting any idea or anything from the dealership in regards to what the final

vigilant to not be unaware of my obligations and to comply with the requirements of the guidelines that are in place to prevent defaulting on my vehicle ownership process. I've had some difficulties with my personal life and I apologize for your being involved to a degree.
But I refuse to let that

planing on doing the new deal with your your mom and yourself!

the phone, but we are hoping the website comes back on here soon!
Thanks

EXHIBIT E

Ok then keep me posted and I will be talking to her also. When you need me I'll be here

latest word on the new contract

This is Matt

Anita has a 675 score!
Good news!
Brian will be in contact tomorrow.
I am off unfortunately, but will be back Friday!
Thanks again,
Austin

here that I'm not getting any idea or anything from the dealership in regards to what the final price payment or what I'm looking at in terms of how to proceed with my purchase and what to expect from the new potentialy lower payment on the car. I'm not sure what to make of the situation and I am not sure how this is a good thing for me. I'm

and I too come sign a form to cancel the prior deal and I have not recieved anything from him so I'm not in the loop on the details of this and I'm trying my hardest to figure out what to expect from him going forward.
It's my deal from start to finish and if the paperwork has my co-signer in bold letters on page one of every

Ok can I get mark #?

Thanks

Cool that's a good thing.

Sep 19, 2023 at 8:37 PM

Are you gone from the office?

Seeing if network issues were fixed

least some!
It's should balance our between the both of y'all!
Have a good evening sir.

You too

Sep 21, 2023 at 5:00 PM

Hey it's Matt any word on the latest status of my situation?

Michael Kinney said he is handling it.
I'm sure the payments will go down slightly, but until he gets everything processed and your moms identity verified we won't know anything. I know her application was in the other day, and I will ask him about it when I get back from lunch, but there should not be any issues!

have to be in the loop now. Please just let me know how I am not the first notified of any issues

Hi, I guess it's because Tina has been talking to him.
He just told me that Tina was stopping by, and that you are coming by later today to cancel the first deal. Monday he is

Ok but the first thing that i need to do is get

Aug 11, 2026

she had sent the requested ... but that some thing was not sufficient . I'd that resolved or pending

happy!
Thanks again,
Austin

Exibit E(2)

Sep 26, 2023 at 7:58 PM

Hey austin as it turns out I cannot get Tina to come up there with me and she is flatly refusing to go . So I'm hoping that I can come alone tomorrow early enough to completely finish everything. Is that ok or

yet?
Mike is trying to help y'all but if you don't make the first payment per the bank, then there is nothing he can do unfortunately.
Let me know please?
Thanks

Oct 25, 2023 at 8:33 PM

Hey austin im just now seeing this and I am making first payment

and concerns regarding this contract and I'm trying to find out how much the contract will be after having a co-signer with 100 more points on the credit rate now im looking at 15 percent at the MOST And closer to 12 now. This make a HUGE difference in my understanding of what the deal will look like and how much I will pay

Yes sir,
Thanks

93925

Thank you

I got the dec page with her insurance from her insurance agent! That was her idea!
All good to go!

tell me if anything that Mike or mark said he would do to unwind the deal to replace my co-signer is taken my place.
It's been long enough that I've had the car that he could have done it and been done with it.
Just saying that it would be huge in regards to help for me yet not anything to motivate him or y'all just

making first payment first thing in the morning. I was under the impression that it would be under the new contract that I would make the payment because it seems that any money that I put forth is absorbed partially by the interest charged and taken from that and all other payments made under the terms of that loan.

to the office.
Mike let me know that this bank is hard to cancel loans with and the 1st payment was due on the 21 st and if that goes delinquent then he can't help from there.
If you got a warranty from the finance manager I will ask if the warranty can be canceled or if the bank was asking or requiring

terms of the deal; to include- houw much the Apr is now, irevious deal huwhat the payments are going to be, how much of the payment I just made is gonna go to interest on the prior

things I've not known about that may have been attributed to me. However let the record show that im only one

Hi Matt, the bank called and said that you need to make your 1st payment before they will let us unwind the loan.
The 1st payment was due on the 21st of this month. Please make your first payment asap so we can get Tina off the loan.
Thanks,
Austin

have essentially put almost 2500$ down on the car after that payment ?
You said previously that I wasn't being charged interest and that was a good thing (in your words).
Also........ I don't want the service contract that was added on in the deal that I was not aware of paying 1500$ for so that's even less

help

Oct 27, 2023 at 7:59 PM

Hey austin FYI, I made the payment yesterday

Oct 30, 2023 at 1:14 PM

Hi Matt, Michael is working on your deal.

We need the exact miles currently on the Challenger please?

office unfortunately, but as soon as we have the new deal I will definitely let you know!
My understanding is that the old deal is getting completely canceled, and you'll have the car for 3

Aug 11, 2026

EXHIBIT (3)

but will be back Friday
Thanks again,
Austin

here that I'm not getting any idea or anything from the dealership in regards to what the final price payment or what I'm looking at in terms of how to proceed with my purchase and what to expect from the new potentialy lower payment on the car. I'm not sure what to make of the situation and I am not sure how this is a

and I too come sign a form to cancel the prior deal and I have not recieved anything from him so I'm not in the loop on the details of this and I'm trying my hardest to figure out what to expect from him going forward.
It's my deal from start to finish and if the paperwork has my co-signer in bold letters on

Ok can I get mark #?

Is anyone at the dealership???

We are closed today unfortunately, but since the bank didn't send us the money we will get it done with your mom on tomorrow!
We definitely still want to sell you the car!

since the day after my birthday and today was the first day that I was contacted by anyone there . You have kept open dialogue with me but it's been My calls and texts and I feel like

on the latest status of my situation?

Michael Kinney said he is handling it.
I'm sure the payments will go down slightly, but until he gets everything processed and your moms identity verified we won't know anything. I know her application was in the other day, and I will ask him about it when I get back from lunch, but there should not be any issues!

have to be in the loop now. Please just let me know how I am not the first notified of any issues

Hi, I guess it's because Tina has been talking to him.
He just told me that Tina was stopping by, and that you are coming by later today to cancel the first deal. Monday he is

that i need to do is get the face of the deal to match mine and then we talk new stuff thanks bro

Sep 25, 2023 at 1:50 PM

Hey austin am I supposed to drop iloffvthe car for the new deal with my mom because I need to go to work and if I'm gonna

that is happening.
and I was forthcoming in bringing another more qualified person to sign and this info was not utilized until now.
So please be sure that we are on page one

e that I'm not getting any idea or anything from the dealership in regards to what the final

unaware of my obligations and to comply with the requirements of the guidelines that are in place to prevent defaulting on my vehicle ownership process. I've had some difficulties with my personal life and I apologize for your being involved to a degree.
But I refuse to let that

new deal with your your mom and yourself!
He doesn't really talk too much to be honest.
Things are moving along though!
At least for the time being you aren't paying any interest at all!
Lol
Thanks,
Austin

Sep 24, 2023 at 1:52 PM

deal with my mom because I need to go to work and if I'm gonna have to do that then I'm going to have to arrange some way to go from there instead of from here at my house

Could I come by tomorrow and do the whole thing and get it done on that day ? I am off tomorrow and I've

Should I call

Sep 26, 2023 at 5:25 PM

Hi Matt, what time are you available to stop by?
Thanks

Aug 11, 2026

Your still in the office?

It's 11pm in Orlando

Moms in bed

Do I need to reapply?

unfortunately, but do you have Brian's number?
He is in today!
Thanks

EXHIBIT E(4)

Sep 22, 2023 at 2:26 PM

Hey austin im really just wondering how to interpret the message here that I'm not getting any idea or anything from the dealership in regards to what the final

vigilant to not be unaware of my obligations and to comply with the requirements of the guidelines that are in place to prevent defaulting on my vehicle ownership process. I've had some difficulties with my personal life and I apologize for your being involved to a degree.
But I refuse to let that

planing on doing the new deal with your your mom and yourself!
He doesn't really talk too much to be honest.
Things are moving along though!
At least for the time being you aren't paying any interest at all!
Lol
Thanks,
Austin

Sep 24, 2023 at 1:52 PM

deal with my mom because I need to go to work and if I'm gonna have to do that then I'm going to have to arrange

Good news!
Brian will be in contact tomorrow.
I am off unfortunately, but will be back Friday!
Thanks again,
Austin

here that I'm not getting any idea or anything from the dealership in regards to what the final price payment or what I'm looking at in terms of how to proceed with my purchase and what to expect from the new potentialy lower payment on the car. I'm not sure what to make of the situation and I am not sure how this is a good thing for me. I'm

and I too come sign a form to cancel the prior deal and I have not recieved anything from him so I'm not in the loop on the details of this and I'm trying my hardest to figure out what to expect from him going forward.
It's my deal from start to finish and if the paperwork has my co-signer in bold letters on page one of every

Ok can I get mark #?

Is anyone at the dealership???

We are closed today unfortunately, but since the bank didn't send us the money we will get it done with your mom on tomorrow!
We definitely still want to sell you the car!
I will sell you tomorrow

for two weeks now since the day after my birthday and today was the first day that I was contacted by anyone there. You have kept

You too

Sep 21, 2023 at 5:00 PM

Hey it's Matt any word on the latest status of my situation?

Michael Kinney said he is handling it.
I'm sure the payments will go down slightly, but until he gets everything processed and your moms identity verified we won't know anything. I know her application was in the other day, and I will ask him about it when I get back from lunch, but there should not be any issues!

have to be in the loop now. Please just let me know how I am not the first notified of any issues

Hi, I guess it's because Tina has been talking to him.
He just told me that Tina was stopping by, and that you are coming by later today to cancel the first deal. Monday he is

Ok but the first thing that i need to do is get the face of the deal to match mine and then we talk new stuff thanks bro

Sep 25, 2023 at 1:50 PM

Hey austin am I supposed to drop iloffvthe car for the new deal with my mom because I need to go to work and if I'm gonna

from this and I'm happy that is happening. and I was forthcoming in bringing another more qualified person to sign and this info

Aug 11, 2026

Exhibit F-1

DEAL.
CUST# 28...

# BUYERS GUIDE

IMPORTANT. Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| VEHICLE MAKE | MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER (VIN) |
|---|---|---|---|
| DODGE | CHALLENGER | 2014 | 2C3CDYAG0EH281803 |

## WARRANTIES FOR THIS VEHICLE:

## ☒ AS IS - NO DEALER WARRANTY

THE DEALER DOES NOT PROVIDE A WARRANTY FOR ANY REPAIRS AFTER SALE.

## ☐ DEALER WARRANTY

- ☐ FULL WARRANTY.
- ☐ LIMITED WARRANTY. The dealer will pay N/A % of the labor and N/A % of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty, and for any documents that explain warranty coverage, exclusions, and the dealer's repair obligations. *Implied warranties* under your state's laws may give you additional rights.

**SYSTEMS COVERED:** **DURATION:**

## NON-DEALER WARRANTIES FOR THIS VEHICLE:

- ☐ MANUFACTURER'S WARRANTY STILL APPLIES. The manufacturer's original warranty has not expired on some components of the vehicle.
- ☐ MANUFACTURER'S USED VEHICLE WARRANTY APPLIES.
- ☐ OTHER USED VEHICLE WARRANTY APPLIES.

Ask the dealer for a copy of the warranty document and an explanation of warranty coverage, exclusions, and repair obligations.

☒ SERVICE CONTRACT. A service contract on this vehicle is available for an extra charge. Ask for details about coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of your purchase of this vehicle, *implied warranties* under your state's laws may give you additional rights.

**ASK THE DEALER IF YOUR MECHANIC CAN INSPECT THE VEHICLE ON OR OFF THE LOT.**

**OBTAIN A VEHICLE HISTORY REPORT AND CHECK FOR OPEN SAFETY RECALLS.** For information on how to obtain a vehicle history report, visit ftc.gov/usedcars. To check for open safety recalls, visit safercar.gov. You will need the vehicle identification number (VIN) shown above to make the best use of the resources on these sites.

**SEE OTHER SIDE for important additional information, including a list of major defects that may occur in used motor vehicles.**

**Si el concesionario gestiona la venta en español, pídale una copia de la Guía del Comprador en español.**

57587*1*GDCJ-FI

DealerCAP

CATALOG #8961007

© 2015 CDK Global, LLC (01/17)

Here is a list of some major defects that may occur in used vehicles.

**Frame & Body**
- Frame-cracks, corrective welds, or rusted through
- Dog tracks-bent or twisted frame

**Engine**
- Oil leakage, excluding normal seepage
- Cracked block or head
- Belts missing or inoperable
- Knocks or misses related to camshaft lifters and push rods
- Abnormal exhaust discharge

**Transmission & Drive Shaft**
- Improper fluid level or leakage, excluding normal seepage
- Cracked or damaged case which is visible
- Abnormal noise or vibration caused by faulty transmission or drive shaft
- Improper shifting or functioning in any gear
- Manual clutch slips or chatters

**Differential**
- Improper fluid level or leakage, excluding normal seepage
- Cracked or damaged housing which is visible
- Abnormal noise or vibration caused by faulty differential

**Cooling System**
- Leakage including radiator
- Improperly functioning water pump

**Electrical System**
- Battery leakage
- Improperly functioning alternator, generator, battery, or starter

**Fuel System**
- Visible leakage

**Inoperable Accessories**
- Gauges or warning devices
- Air conditioner
- Heater & Defroster

**Brake System**
- Failure warning light broken
- Pedal not firm under pressure (DOT spec.)
- Not enough pedal reserve (DOT spec.)
- Does not stop vehicle in straight line (DOT spec.)
- Hoses damaged
- Drum or rotor too thin (Mfgr. Specs)
- Lining or pad thickness less than 1/32 inch
- Power unit not operating or leaking
- Structural or mechanical parts damaged

**Air Bags**

**Steering System**
- Too much free play at steering wheel (DOT specs.)
- Free play in linkage more than 1/4 inch
- Steering gear binds or jams
- Front wheels aligned improperly (DOT specs.)
- Power unit belts cracked or slipping
- Power unit fluid level improper

**Suspension System**
- Ball joint seals damaged
- Structural parts bent or damaged
- Stabilizer bar disconnected
- Spring broken
- Shock absorber mounting loose
- Rubber bushings damaged or missing
- Radius rod damaged or missing
- Shock absorber leaking or functioning improperly

**Tires**
- Tread depth less than 2/32 inch
- Sizes mismatched
- Visible damage

**Wheels**
- Visible cracks, damage or repairs
- Mounting bolts loose or missing

**Exhaust System**
- Leakage
- Catalytic Converter

DEALER NAME
MAC HAIK CHRYSLER DODGE JEEP RAM
ADDRESS
5255 S IH 35 GEORGETOWN, TX 78626
TELEPHONE
512-930-7900
EMAIL
FOR COMPLAINTS AFTER SALE, CONTACT:
Eric Stewart

I hereby acknowledge receipt of the Buyers Guide at the closing of this sale.

[signature] [signature]

Vehicle Buyers Signature

09/06/2023
Date

**IMPORTANT:** The information on this form is part of any contract to buy this vehicle. Removing this label before consumer purchase (except for purpose of test-driving) violates federal law (16 C.F.R. 455).

57587*1*GDCJ-FI


© 2015 CDK Global, LLC (01/17)

MAC HAIK CHRYSLER DODGE JEEP RAM
5255 S IH 35
GEORGETOWN, TX 78626
512-930-7900

DEAL# 289886
CUST# 289886

# CONDITIONAL DELIVERY AGREEMENT

Customer Name(s): MATTHEW ALLEN SARGEANT / TINA LANETT CHEATHAM Date: 09/06/2023

Street Address: 404 RAWHIDE LOOP ROUND ROCK TX 78681-6928

Telephone (1): 512-300-1993 Telephone (2): 512-388-2911

Vehicle Description: 2014 (Year) DODGE (Make) CHALLENGER (Model) 2C3CDYAG0EH281803 (Vehicle Identification Number (VIN))

Trade-In Vehicle: ______ Year Make Model Vehicle Identification Number (VIN)

I understand that this Conditional Delivery Agreement is a contract between the Dealership and myself which allows me the use and benefit of the above-described vehicle for a period of not more than 15 days from the Date of this Agreement set forth above.

1. This Agreement shall be void upon the execution of a Retail Installment Contract for the sale of the vehicle subject to this Agreement or the expiration of the 15 day period, whichever occurs first.
2. In the event that I deliver a trade-in vehicle in connection with this Agreement, I understand that the Dealership will use reasonable care to conserve the trade-in vehicle while it is in the Dealership's possession. The Dealership and I have agreed on the following trade-in allowance for the vehicle I am trading in to the Dealership:

   $ N/A .
3. In the event that this Agreement is voided because we do not enter into a Retail Installment Contract for the sale of the vehicle within 15 days of the Date of this Agreement, I will immediately return the vehicle to the Dealership upon request in the same condition it was in when it left the Dealership.
4. Upon my return of the vehicle to the Dealership, or within seven (7) days after the termination of this Agreement, the Dealership will refund any down payment or other consideration it has received from me in connection with this Agreement. The Dealership will also return any trade-in vehicle that I have delivered to the Dealership in the same or substantially the same condition as it was in at the time of execution of this Agreement. If the trade-in vehicle cannot be returned, in the same or substantially the same condition as it was in at the time of execution of this agreement, the Dealership will pay to me the agreed upon trade-in allowance set forth above.
5. If I am in breach of this Agreement or fail to return the vehicle to the Dealership as required by this Agreement, I will be required to pay all expenses incurred by the Dealership to have the vehicle returned and the Dealership, or any of its agents or employees, may peacefully retake possession of the vehicle.
6. I must have a valid driver's license to operate the vehicle and maintain full insurance coverage on the vehicle. I may not permit anyone who does not have a valid driver's license and insurance to operate the vehicle.
7. I understand that I am responsible for the cost of repairing any damage that occurs to the vehicle or other property arising out of my use, possession and control of the vehicle. I will defend, indemnify and hold harmless the Dealership from and against any and all losses, liabilities, damages, injuries, claims, demands, costs and expenses arising out of my use, possession and control of the vehicle and/or any breach of my responsibilities as set forth in this Agreement. I will pay any amounts I owe the Dealership pursuant this Agreement upon my return of the vehicle to the Dealership. If the vehicle is immobilized or impounded while in my possession, I agree to do whatever is necessary to ensure the vehicle's return to the Dealership.

By signing below, I acknowledge that I have read this Conditional Delivery Agreement and I fully understand and agree to be bound by the terms and conditions set forth herein.

Customer [signature] 09/06/2023 Date

Authorized Dealership Representative [signature] 09/06/2023 Date

Customer [signature] 09/06/2023 Date

DealerCAP

53531*1*GDCJ-FI
CATALOG #8863177

© 2015 CDK Global, LLC Texas (01/16)

**Page 2**

| | |
|---|---|
| **Who we are** | |
| **Who is providing this notice?** | **Mac Haik Dodge Chrysler Jeep Ram** |
| **What we do** | |
| **How does Mac Haik Dodge Chrysler Jeep Ram protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does Mac Haik Dodge Chrysler Jeep Ram collect my personal information?** | We collect your personal information, for example, when you:<br>▪ open an account or deposit money<br>▪ pay your bills or apply for a loan<br>▪ use your credit or debit card<br>**OR**<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>▪ sharing for affiliates' everyday business purposes - information about your creditworthiness<br>▪ affiliates from using your information to market to you<br>▪ sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account - unless you tell us otherwise. |
| **Definitions** | |
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>▪ Lenders and/or Manufacturers |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>▪ Third Party Companies |
| **Joint Marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>▪ Lenders and/or Manufacturers |

Customer Signature

Customer Signature

81502*1*GDCJ-FI

Matthew Allen Sargeant

Exhibit F-3

MAP®
MOTORIST ASSISTANCE PLAN

# Vehicle Service Contract

| Contract Number |
|---|
| 343481260972 |

## CONTRACT HOLDER INFORMATION

**PURCHASER NAME** TINA L CHEATHAM
**ADDRESS** 404 RAWHIDE LOOP
**CITY, STATE, ZIP** ROUND ROCK, TX 78681
**PHONE#** 5123001993

**CO-PURCHASER NAME** MATTHEW SARGEANT
**PURCHASER EMAIL** MATTERS2MUCH2@YAHOO.COM
**CO-PURCHASER EMAIL**

## VEHICLE INFORMATION

**VIN** 2C3CDYAG0EH281803 **YEAR** 2014 **MAKE** DODGE **MODEL** CHALLENGER

Current Odometer 92,780 Vehicle Purchase Price $17,000.00 Vehicle Class

## CONTRACT COVERAGE AND SURCHARGES

☐ 4 Star Coverage ☐ 3 Star Coverage ☐ 2 Star Coverage ■ Star Coverage

Term Months 24 Term Mileage 30,000

Contract Price $1,466.00

This coverage ends when the month's term selected expires as measured from the Contract Purchase Date or when the mileage of Your Vehicle reaches the total of the Current Odometer plus the mileage term selected.

**Surcharges** (if a box is not marked, then no coverage applies.)

- ☐ Commercial Use Vehicle
- ☐ After Point of Sale
- ☐ Oversized Tires/Lifted Vehicle
- ☐ Uber/Lyft
- ☐ Buy Back
- ☐ Canadian Vehicle

**Deductibles**

- ☐ $0
- ☐ $100 Disappearing (must be serviced at selling dealer, otherwise $100 applies.)
- ■ $100
- ☐ $200
- ☐ $500

After point of sale - (Select if contract purchase date is not the same as Vehicle purchase date and Vehicle is not under manufacturer's warranty.)

## SELLER INFORMATION

**SELLER NAME** Mac Haik Chrysler DJR - Georgetown
**ADDRESS** 5255 IH 35 South
**CITY, STATE, ZIP** Georgetown, TX 78626
**ACCOUNT#** 0000034348
**PHONE#** 5129307900

## LIEN HOLDER INFORMATION

**LIEN HOLDER NAME** CHRYSLER CAPITAL
**ADDRESS** PO BOX 961272
**CITY, STATE, ZIP** FT WORTH, TX 76161
**PHONE#** 8555635635

I understand that the purchase of this Contract is not required in order to purchase or obtain financing for this Vehicle and is subject to verification. My signature below indicates that I have read and agree to all the terms and conditions of this Contract. In addition, if this Service Contract is financed or included in my Lease agreement, I authorize Lien Holder to 1) be listed as joint payee and receive any refund in the event this Contract is canceled, and 2) cancel this Contract in the event I default on my obligation to such Lien Holder.

[signature] 9/6/2023 [signature]

**CUSTOMER SIGNATURE** **CONTRACT PURCHASE DATE** **SELLER'S SIGNATURE**

MAP (0819)

Administered by ENTERPRISE FINANCIAL GROUP, Inc. (EFG)
or one of its affiliated companies (see DEFINITIONS for Your state-specific Administrator)
P.O. Box 167667, Irving TX 75016, 1-800-527-1984, www.efgcompanies.com

[CR082619]

SELLER COPY

N/ 30,000
122780

ny obligation to such Lien Holder.

ExHiBit E-2

CUSTOMER SIGNATURE

CO

Administered by EN
MAP (0819) or one of its affiliated companies
P.O. Box 167667, Irving T



ADDRESS Mac Haik Chrysler DJR - Georgetown
5255 IH 35 South
CITY, STATE, ZIP Georgetown, TX 78626

EXHIBIT G-1

LIEN HOLDER NAME CHRYSLER CAPITAL
ADDRESS PO BOX 961272
CITY, STATE, ZIP FT WORTH, TX 76161

LIEN HOLDER INFO

PH

I understand that the purchase of this Contract is not required in ord subject to verification. My signature below indicates that I have read In addition, if this Service Contract is financed or included in my Lea joint payee and receive any refund in the event this Contract is canc my obligation to such Lien Holder.

9/6/2023

CUSTOMER SIGNATURE

CONTRACT PURCH

MAP (0819)

Administered by ENTERPRISE FINA
or one of its affiliated companies (see DEFINITIO
P.O. Box 167667, Irving TX 75016, 1-800-

SELLER CO

0

REGIONAL ACCEPTANCE CORPORATION
An affiliate of Truist

OBVERSE APPR

Creditor:

REGIONAL ACCEPTANCE CORP.
3409 N CENTRAL SUITE 200 EXPY
PLANO, TX 75023

Date: 09/29/2023

Application Date: 09/05/2023
Dealer Name: Mac Haik Dodge Chrysler Jeep

Application Number: 43859546

# 000001526 I=0000

1526 1 MB 0.558
MATTHEW SARGEANT
404 RAWHIDE LOOP # 404
ROUND ROCK TX 78681-6928

001cz 765161/4221862 0001526 0003051 I=0000

## RETAIL STATEMENT OF CREDIT DENIAL, TERMINATION OR CHANGE

Dear MATTHEW SARGEANT,

Thank you for your recent application for financing the purchase of an automobile. We regret that we are unable to approve your request. Your application was processed by a credit scoring system that assigns a numerical value to the various items of information we consider in evaluating an application. These numerical values are based upon the results of analyses of repayment histories of large numbers of customers. The information you provided in your application did not score a sufficient number of points for approval of the application.

The reasons why you did not score well compared to other applicants were:

Number of inquiries with Trans Union
Number of delinquent accounts
Proportion of bal to credit limits on bank or other rev accounts too high
Serious delinquency, and public record or collection filed

In evaluating your application the consumer reporting agencies listed below provided us with information that in whole or in part influenced our decision. The consumer reporting agencies played no part in our decision and are unable to supply specific reasons why we have denied credit to you. Under the Fair Credit Reporting Act, you have a right to know the information provided to us. It can be obtained by contacting: Transunion 2 Baldwin Place, P.O.Box 1000 Chester, PA 19022 (800)888-4213, Lexis Nexis Risk & Information Analytics Group Inc. PO Box 1455 St. Cloud, MN. 56302 (866) 897-8126. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have a right to dispute the matter with the reporting agency.

We also obtained your credit score from this consumer reporting agency and used it in making our decision. Your credit score can change, depending on how the information in your credit report changes.

Score ranges from a low of 250 to a high of 900
Your credit score: 457 Date: 09/05/2023
Key factors that adversely affected your credit score:

Proportion of bal to credit limits on bank rev or other rev accounts is too high
Time since delinquency is too recent or unknown
Length of time accounts have been established
Serious delinquency, and public record or collection filled

If you have questions regarding this notice, you should contact us at the address listed at the top of this form or the telephone number listed below.

Sincerely,
Regional Acceptance Corporation

By: Kyle Llewellyn Phone: (866) 262-6157

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, D.C. 20552 and Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, DC 20580.

Capital One

09/14/2023

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024

Reference: 0256824696

MATTHEW SARGEANT
404 RAWHIDE LOOP #404
ROUND ROCK TX 78681

F108
000006087

Dear MATTHEW SARGEANT,

On 09/05/23, MAC HAIK CHRYSLER DODGE JEEP RAM sent us an application for auto financing on your behalf. After reviewing the application, we wanted to let you know that we cannot provide you with auto financing at this time. Here's why:

**Applicant** : There are too many delinquent past or present Capital One credit obligation(s)
**Applicant** : The balance on one or more Capital One accounts has exceeded the credit limit

Please note that we did not pull your credit report.

Sincerely,

Capital One Auto Finance

Capital One Auto Finance is a division of Capital One, National Association.

AA_PreDlr_Dcln_954

CLR04898 6056 2000 204 07 20230914 PG 1 OF 1
00006087 48521196.1 0-0

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau, 1700 G St NW, Washington, DC 20006.

Capital One Auto Finance is a division of Capital One, National Association.

AA_PreDlr_Dcln_954

Capital One

09/15/2023

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024

Reference: 0256859740

MATTHEW SARGEANT
TINA CHEATHAM
404 RAWHIDE LOOP #404
ROUND ROCK TX 78681

F10B
000007812

Dear MATTHEW SARGEANT and TINA CHEATHAM,

On 09/06/23, MAC HAIK CHRYSLER DODGE JEEP RAM sent us an application for auto financing on your behalf. After reviewing the application, we wanted to let you know that we cannot provide you with auto financing at this time. Here's why:

- **Co-Applicant** : There are too many delinquent past or present Capital One credit obligation(s)
- **Co-Applicant** : The balance on one or more Capital One accounts has exceeded the credit limit

Please note that we did not pull your credit report.

Sincerely,

Capital One Auto Finance

CLR04898 6056 2000 Z04 07 20230915 PG 1 OF 1
00007812 48533730.1 0-0

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau, 1700 G St NW, Washington, DC 20006.

Capital One Auto Finance is a division of Capital One, National Association.

AA_PreDlr_Dcln_954

Capital One

09/15/2023

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024

Reference: 0256859740

TINA CHEATHAM
MATTHEW SARGEANT
404 RAWHIDE LOOP
ROUND ROCK TX 78681

F108
000007811

Dear TINA CHEATHAM and MATTHEW SARGEANT,

On 09/06/23, MAC HAIK CHRYSLER DODGE JEEP RAM sent us an application for auto financing on your behalf. After reviewing the application, we wanted to let you know that we cannot provide you with auto financing at this time. Here's why:

**Co-Applicant** : There are too many delinquent past or present Capital One credit obligation(s)
**Co-Applicant** : The balance on one or more Capital One accounts has exceeded the credit limit

Please note that we did not pull your credit report.

Sincerely,

Capital One Auto Finance

CLR0489B 6056 2000 204 07 20230915 PG 1 OF 1
00007811 48533730.1 0-0

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau, 1700 G St NW, Washington, DC 20006.

Capital One Auto Finance is a division of Capital One, National Association.

AA_PreDlr_Dcln_954

Ally Bank
PO BOX 1048
HARTFORD CT 06143

September 19, 2023

MATTHEW SARGEANT
404 Rawhide Loop
#404
Round Rock, TX 78681

1-877-401-2559
Application Number 1135601417

272245-003449

We were recently informed by Georgetown Mac Haik Dodge Chrysler Jeep Ltd, 5255 S Interstate 35, Georgetown, TX, 78626-7549 that it was considering the credit sale or lease of a 2014 Dodge Challenger to you and asked whether we would be prepared to accept your obligation if the transaction was completed.

We must regretfully inform you that we were not agreeable to handling the proposed transaction.

Our decision was based in whole or in part on information in a report from the credit reporting agency (or agencies) listed below:

| | | | | | |
|---|---|---|---|---|---|
| Applicant<br>TransUnion | P.O. Box 1000 | Chester | PA | 19022 | 800-888-4213 |
| Applicant<br>Equifax | P.O. Box 740241 | Atlanta | GA | 30374 | 800-685-1111 |
| Applicant<br>Experian | PO Box 40 | Allen | TX | 75013-0043 | 844-922-2743 |
| Applicant<br>SageStream, LLC | PO Box 105108 | Atlanta | GA | 30348-5108 | 888-395-0277 |

You have a right under the Fair Credit Reporting Act to know the information in your credit file at the consumer reporting agency (or agencies). The reporting agency (or agencies) did not make our decision for us and cannot supply specific reasons for our decision. You have a right to a free copy of your report(s) from the consumer reporting agency (or agencies), if you ask no later than 60 days after you receive this notice. If you find that any information in the report(s) you receive is inaccurate or incomplete, you have the right to dispute the matter with the consumer reporting agency (or agencies).

**Information about your credit score from Equifax:**
We obtained your credit score from Equifax and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 510
Date: September 5, 2023
Scores range from a low of 250 to a high of 900
Key factors that adversely affected your credit score:

- Serious delinquency (Applicant)
- Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high (Applicant)
- Number of accounts with delinquency (Applicant)
- Time since delinquency is too recent or unknown (Applicant)

**If you have any questions regarding your Equifax credit score, you should contact Equifax at:**

Address: P.O. Box 740241
Atlanta GA 30374
Toll-free telephone number: 800-685-1111

**Information about Your Credit Score: Experian**
We also obtained your credit score from Experian and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 507
Date: September 5, 2023
Scores range from a low of 300 to a high of 850
Key factors that adversely affected your credit score:
A balance on an open account is too high compared to loan amounts (Applicant)
Too recent since all trades were opened, excluding collections (Applicant)
The balances on open revolving accounts are too high compared to loan amounts (Applicant)
The credit amount on your accounts is too low (Applicant)
The number of inquiries was also a factor, but the effect was not significant (Applicant)

**If you have any questions regarding your Experian credit score, you should contact Experian at:**
Address: PO Box 40
Allen TX 75013-0043
Toll-free telephone number: 844-922-2743

**Information about your credit score from SageStream, LLC:**
We also obtained your credit score from SageStream, LLC and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 397
Date: September 5, 2023
Scores range from a low of 1 to a high of 999
Key factors that adversely affected your credit score:
Limited credit history (Applicant)
Number of inquiries (Applicant)
Distance between address and area code of phone (Applicant)
Limited history for consumer at this phone (Applicant)
Inquiries did adversely affect the score (Applicant)

**If you have any questions regarding your SageStream, LLC credit score, you should contact SageStream, LLC at:**
Address: PO Box 105108
Atlanta GA 30348-5108
Toll-free telephone number: 888-395-0277

**THE FEDERAL EQUAL CREDIT OPPORTUNITY ACT PROHIBITS CREDITORS FROM DISCRIMINATING AGAINST CREDIT APPLICANTS ON THE BASIS OF RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, MARITAL STATUS, AGE (PROVIDED THAT THE APPLICANT HAS THE CAPACITY TO ENTER INTO A BINDING CONTRACT); BECAUSE ALL OR PART OF THE APPLICANT'S INCOME DERIVES FROM ANY PUBLIC ASSISTANCE PROGRAM; OR BECAUSE THE APPLICANT HAS IN GOOD FAITH EXERCISED ANY RIGHT UNDER THE CONSUMER CREDIT PROTECTION ACT. THE FEDERAL AGENCY THAT ADMINISTERS COMPLIANCE WITH THIS LAW CONCERNING THIS CREDITOR IS THE BUREAU OF CONSUMER FINANCIAL PROTECTION, 1700 G STREET NW., WASHINGTON DC 20006.**

You have a right to a statement of specific reasons for our action. To request a statement, please contact us at the above address or telephone number within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days after receiving your request.

If you contact us, please refer to the Application Number shown above so that we may respond more quickly.

Ally Bank
PO BOX 1048
HARTFORD CT 06143

September 20, 2023

MATTHEW SARGEANT
404 Rawhide Loop
#404
Round Rock, TX 78681

1-877-401-2559
Application Number 1135622515

272460-017006

We were recently informed by Georgetown Mac Haik Dodge Chrysler Jeep Ltd, 5255 S Interstate 35, Georgetown, TX, 78626-7549 that it was considering the credit sale or lease of a 2014 Dodge Challenger to you and asked whether we would be prepared to accept your obligation if the transaction was completed.

On the application, you were the co-applicant and Tina Cheatham was the applicant.

We must regretfully inform you that we were not agreeable to handling the proposed transaction.

Our decision was based in whole or in part on information in a report from the credit reporting agency (or agencies) listed below:

| | | | | | |
|---|---|---|---|---|---|
| Applicant and Co-Applicant | | | | | |
| TransUnion | P.O. Box 1000 | Chester | PA | 19022 | 800-888-4213 |
| Applicant and Co-Applicant | | | | | |
| Equifax | P.O. Box 740241 | Atlanta | GA | 30374 | 800-685-1111 |
| Applicant and Co-Applicant | | | | | |
| Experian | PO Box 40 | Allen | TX | 75013-0043 | 844-922-2743 |
| Applicant and Co-Applicant | | | | | |
| SageStream, LLC | PO Box 105108 | Atlanta | GA | 30348-5108 | 888-395-0277 |

You have a right under the Fair Credit Reporting Act to know the information in your credit file at the consumer reporting agency (or agencies). The reporting agency (or agencies) did not make our decision for us and cannot supply specific reasons for our decision. You have a right to a free copy of your report(s) from the consumer reporting agency (or agencies), if you ask no later than 60 days after you receive this notice. If you find that any information in the report(s) you receive is inaccurate or incomplete, you have the right to dispute the matter with the consumer reporting agency (or agencies).

**Information about your credit score from Equifax:**
We obtained your credit score from Equifax and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 510
Date: September 5, 2023
Scores range from a low of 250 to a high of 900
Key factors that adversely affected your credit score:

- Serious delinquency (Co-Applicant)
- Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high (Co-Applicant)
- Number of accounts with delinquency (Co-Applicant)
- Time since delinquency is too recent or unknown (Co-Applicant)

**If you have any questions regarding your Equifax credit score, you should contact Equifax at:**

Address: P.O. Box 740241
Atlanta GA 30374
Toll-free telephone number: 800-685-1111

9959ADACN2

**Information about Your Credit Score: Experian**
We also obtained your credit score from Experian and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 494
Date: September 6, 2023
Scores range from a low of 300 to a high of 850
Key factors that adversely affected your credit score:
A balance on an open account is too high compared to loan amounts (Co-Applicant)
Too recent since all trades were opened, excluding collections (Co-Applicant)
The balances on open revolving accounts are too high compared to loan amounts (Co-Applicant)
The credit amount on your accounts is too low (Co-Applicant)
The number of inquiries was also a factor, but the effect was not significant (Co-Applicant)

**If you have any questions regarding your Experian credit score, you should contact Experian at:**
Address: PO Box 40
Allen TX 75013-0043
Toll-free telephone number: 844-922-2743

**Information about your credit score from SageStream, LLC:**
We also obtained your credit score from SageStream, LLC and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 397
Date: September 5, 2023
Scores range from a low of 1 to a high of 999
Key factors that adversely affected your credit score:
Limited credit history (Co-Applicant)
Number of inquiries (Co-Applicant)
Distance between address and area code of phone (Co-Applicant)
Limited history for consumer at this phone (Co-Applicant)
Inquiries did adversely affect the score (Co-Applicant)

**If you have any questions regarding your SageStream, LLC credit score, you should contact SageStream, LLC at:**
Address: PO Box 105108
Atlanta GA 30348-5108
Toll-free telephone number: 888-395-0277

**THE FEDERAL EQUAL CREDIT OPPORTUNITY ACT PROHIBITS CREDITORS FROM DISCRIMINATING AGAINST CREDIT APPLICANTS ON THE BASIS OF RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, MARITAL STATUS, AGE (PROVIDED THAT THE APPLICANT HAS THE CAPACITY TO ENTER INTO A BINDING CONTRACT); BECAUSE ALL OR PART OF THE APPLICANT'S INCOME DERIVES FROM ANY PUBLIC ASSISTANCE PROGRAM; OR BECAUSE THE APPLICANT HAS IN GOOD FAITH EXERCISED ANY RIGHT UNDER THE CONSUMER CREDIT PROTECTION ACT. THE FEDERAL AGENCY THAT ADMINISTERS COMPLIANCE WITH THIS LAW CONCERNING THIS CREDITOR IS THE BUREAU OF CONSUMER FINANCIAL PROTECTION, 1700 G STREET NW., WASHINGTON DC 20006.**

You have a right to a statement of specific reasons for our action. To request a statement, please contact us at the above address or telephone number within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days after receiving your request.

If you contact us, please refer to the Application Number shown above so that we may respond more quickly.

PO Box 8804
Coral Springs, FL 33065-8804

SAFCO

09/25/2023

AA▲006906

Matthew Sargeant
404 Rawhide Loop
Round Rock TX 78681-6928

Dear Matthew Sargeant,

Thank you for your recent credit application to Southern Auto Finance Company, LLC dba SAFCO. After carefully reviewing your application, we are sorry to advise you that SAFCO cannot extend vehicle financing to you under the terms requested at this time.

The principal reason(s) for credit denial:

Insufficient collateral value or down payment

If SAFCO obtained information from a consumer reporting agency as part of our consideration of your application, the name, address and toll-free telephone number for the consumer reporting agency is shown below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the consumer reporting agency, if you request it no later than sixty (60) days after you receive this notice. In addition, if you find that any information contained in the report you received is inaccurate or incomplete, you have the right to dispute the matter with the consumer reporting agency.

You can find out about the information contained in your file (if one was used) by contacting:

Equifax Consumer US
PO Box 740241
Atlanta, GA 30374
(800) 685-1111
www.equifax.com

**INFORMATION ABOUT YOUR CREDIT SCORE**

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information on your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your Credit Score: 510
Date: 09/05/2023
Scores range from a low of 300 to a high of 850.

Key Factors Affecting Your Credit Score:

The date that you opened your oldest account is too recent
Too many bankcard or revolving accounts with delinquent or derogatory status
Lack of sufficient relevant installment account information
You have too many delinquent or derogatory accounts
Number of inquiries adversely affected the score but not significantly

If you have any questions regarding your credit score, you should contact the Credit Reporting Agency at the contact information provided above.

If you have any questions regarding this notice, you should contact:

Southern Auto Finance Company, LLC
P.O. Box 590188
Ft. Lauderdale, FL 33359
(877) 820-9080

**NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant had the capacity to enter into a binding contract),because all or part of the applicant's income derives from any public assistance program or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Equal Credit Opportunity, Washington DC 20580.

Global Lending Services
PO Box 3367
Greenville, SC 29602

>014219 6757226 0001 093379 10Z

067244 1643871 067246 067246 01 / 01

AACO
MATTHEW SARGEANT
404 RAWHIDE LOOP # 404
ROUND ROCK, TX 78681-6928

2023-09-25

Decision Date: 2023-09-01 Application ID#: 30521673 Application Source: Leads Navigator

Thank you for your application for auto financing from Global Lending Services. We regret to inform you that we were unable to offer you credit on the terms originally requested. However, we could approve your application if certain terms or conditions are met. These terms or conditions were communicated to the application source from which we received your application. You have the right to obtain a statement of the specific reason(s) for our decision. To request this statement, submit your request, along with a copy of this letter to: Global Lending Services, PO Box 10437, Greenville, SC 29603. You can also contact our Customer Service Department at 866-464-0269. We must receive your request within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days after receiving your request.

14219 6757226 014220 014220 0001/0001

Our credit decision on your application was based in whole or in part on information obtained in reports from the consumer reporting agencies identified below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file. The reporting agencies played no part in our decision and are unable to supply specific reasons why we denied credit to you. You also have a right to a free copy of your report from the consumer reporting agencies listed below if you request it from them no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report that you receive is inaccurate or incomplete, you have the right to dispute the matter directly with the reporting agency.

EXPERIAN 701 EXPERIAN PARKWAY PO BOX 2002 ALLEN TX 75013 888-397-3742

LEXIS NEXIS CONSUMER CENTER, PO BOX 105108, ATLANTA GA 30348-5108, 866-897-8126
SAGESTREAM / LEXISNEXIS RISK SOLUTIONS CONSUMER CENTER, PO BOX 105108, ATLANTA GA 30348-5108, 888-395-0277

NCTUE EXCHANGE SERVICE CENTER, PO BOX 105116, ATLANTA GA 30348, 866-343-2821

We also obtained your credit score from the consumer reporting agency below and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes. Scores range from a low of 250 to a high of 900.

Your EXPERIAN credit score: 503 Your credit score: Date: 2023-09-01

Key factors that adversely affected your credit score: Serious delinquency and Public Record OR Collection filed,Ratio of balance to limit on bank revolving or other rev accts too high,Time since delinquency is too recent or unknown,Lack of recent installment loan information

If you have questions regarding your credit score, you should contact:
EXPERIAN 701 EXPERIAN PARKWAY PO BOX 2002 ALLEN TX 75013 888-397-3742

Sincerely,
Global Lending Services

Notice: The Federal Equal Credit Opportunity Act prohibits creditors, such as ourselves, from discriminating against credit applicants on the basis of their race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of income they receive derives from a public assistance program, or because they may have in good faith exercised their rights under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Equal Opportunity, Washington, DC 20580.

Flagship Credit Acceptance LLC
P.O. Box 965
Chadds Ford, PA 19317

FLAGSHIP CREDIT ACCEPTANCE

09/27/2023

# 000012261 I=00000

12261 1 AB 0.534
MATTHEW SARGEANT
404 RAWHIDE LOOP
ROUND ROCK TX 78681-6928

Re: Application Number: 20295286

**Counteroffer**

Dear MATTHEW SARGEANT

We received your recent application for credit as submitted to us by Mac Haik DCJR Georgetown. After careful consideration, we are unable to offer you credit on the terms that you requested. If you would like a statement of the specific reasons why your application was denied, please write to us at the address provided above or contact us at 855-743-2357 within 60 days of receiving this letter. We will provide you with the statement of reasons within 30 days of receiving your request.

We did however, extend an offer of credit with terms different from what was originally requested. Please see Mac Haik DCJR Georgetown for these terms.

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. The reporting agency played no part in our decision and is unable to supply you specific reasons why your application was denied. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to receive a free copy of your report if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the consumer reporting agency. If no reporting agency is indicated, it means we did not obtain information from a consumer reporting agency.

Equifax Information Services, LLC
1558 Peachtree Street NE
P.O. Box 740256
Atlanta, GA 30374
800-685-1111
http://www.equifax.com

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects information in your consumer report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score*: 483
Date: 09/06/2023
Scores can range from a low of 300 to a high of 850

Key factors that adversely affected your score:
Length of time accounts have been established;Number of accounts with delinquency;Ratio of balances to credit limits is too high on Bank Revolving or other Revolving accounts;Serious delinquency

*If your credit score is reported as "0" or no numerical score is indicated, it means your credit score is not available from the consumer reporting agency(ies).

If you have any questions regarding your credit score, you should contact the consumer reporting agency listed above.

If you have any questions regarding this notice, you should contact us at the address provided above, or call 855-743-2357.

Sincerely,

Flagship Credit Acceptance LLC

EQUAL CREDIT OPPORTUNITY ACT NOTICE

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning Flagship Credit Acceptance, LLC is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.



001oz 764515/4221240 0012261 0024521 I=00000

Global Lending Services
PO Box 3367
Greenville, SC 29602

>017932 6772668 0001 093379 10Z

AACO
MATTHEW SARGEANT
404 RAWHIDE LOOP
ROUND ROCK, TX 78681-6928

019696 1645154 019698 019698 01 / 01

2023-09-28

Decision Date: 2023-09-05 Application ID#: 30602505 Application Source: GEORGETOWN MAC HAIK CDJR

Thank you for your application for auto financing from Global Lending Services. We regret to inform you that we were unable to offer you credit on the terms originally requested. However, we could approve your application if certain terms or conditions are met. These terms or conditions were communicated to the application source from which we received your application. You have the right to obtain a statement of the specific reason(s) for our decision. To request this statement, submit your request, along with a copy of this letter to: Global Lending Services, PO Box 10437, Greenville, SC 29603. You can also contact our Customer Service Department at 866-464-0269. We must receive your request within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days after receiving your request.

Our credit decision on your application was based in whole or in part on information obtained in reports from the consumer reporting agencies identified below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file. The reporting agencies played no part in our decision and are unable to supply specific reasons why we denied credit to you. You also have a right to a free copy of your report from the consumer reporting agencies listed below if you request it from them no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report that you receive is inaccurate or incomplete, you have the right to dispute the matter directly with the reporting agency.

17932 6772668 017933 0001/0001

EXPERIAN 701 EXPERIAN PARKWAY PO BOX 2002 ALLEN TX 75013 888-397-3742

LEXIS NEXIS CONSUMER CENTER, PO BOX 105108, ATLANTA GA 30348-5108, 866-897-8126
SAGESTREAM / LEXISNEXIS RISK SOLUTIONS CONSUMER CENTER, PO BOX 105108, ATLANTA GA 30348-5108, 888-395-0277

NCTUE EXCHANGE SERVICE CENTER, PO BOX 105116, ATLANTA GA 30348, 866-343-2821

We also obtained your credit score from the consumer reporting agency below and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes. Scores range from a low of 250 to a high of 900.

Your EXPERIAN credit score: 503 Your credit score: Date: 2023-09-05

Key factors that adversely affected your credit score: Lack of recent installment loan information,Time since delinquency is too recent or unknown,Ratio of balance to limit on bank revolving or other rev accts too high,Serious delinquency and Public Record OR Collection filed

If you have questions regarding your credit score, you should contact
EXPERIAN 701 EXPERIAN PARKWAY PO BOX 2002 ALLEN TX 75013 888-397-3742

Sincerely,
Global Lending Services

Notice: The Federal Equal Credit Opportunity Act prohibits creditors, such as ourselves, from discriminating against credit applicants on the basis of their race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of income they receive derives from a public assistance program, or because they may have in good faith exercised their rights under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Equal Opportunity, Washington, DC 20580.

Global Lending Services
PO Box 3367
Greenville, SC 29602

>015741 6772668 0001 093379 10Z

AACO
MATTHEW SARGEANT
404 RAWHIDE LOOP
ROUND ROCK, TX 78681-6928

019694 1645154 019696 019696 01 / 01

2023-09-28

Decision Date: 2023-09-05 Application ID#: 30608552 Application Source: GEORGETOWN MAC HAIK CDJR

Thank you for your application for auto financing from Global Lending Services. We regret to inform you that we were unable to offer you credit on the terms originally requested. However, we could approve your application if certain terms or conditions are met. These terms or conditions were communicated to the application source from which we received your application. You have the right to obtain a statement of the specific reason(s) for our decision. To request this statement, submit your request, along with a copy of this letter to: Global Lending Services, PO Box 10437, Greenville, SC 29603. You can also contact our Customer Service Department at 866-464-0269. We must receive your request within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days after receiving your request.

Our credit decision on your application was based in whole or in part on information obtained in reports from the consumer reporting agencies identified below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file. The reporting agencies played no part in our decision and are unable to supply specific reasons why we denied credit to you. You also have a right to a free copy of your report from the consumer reporting agencies listed below if you request it from them no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report that you receive is inaccurate or incomplete, you have the right to dispute the matter directly with the reporting agency.

EQUIFAX INFORMATION SERVICES LLC PO BOX 740241 ATLANTA GA 30374-0241 800-685-1111
EXPERIAN 701 EXPERIAN PARKWAY PO BOX 2002 ALLEN TX 75013 888-397-3742
LEXIS NEXIS CONSUMER CENTER, PO BOX 105108, ATLANTA GA 30348-5108, 866-897-8126
SAGESTREAM / LEXISNEXIS RISK SOLUTIONS CONSUMER CENTER, PO BOX 105108, ATLANTA GA 30348-5108, 888-395-0277

NCTUE EXCHANGE SERVICE CENTER, PO BOX 105116, ATLANTA GA 30348, 866-343-2821

15741 6772668 015742 015742 0001/0001

We also obtained your credit score from the consumer reporting agency below and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes. Scores range from a low of 250 to a high of 900.

Your EQUIFAX credit score: 490 Your EXPERIAN credit score: 503 Date: 2023-09-05

Key factors that adversely affected your credit score: Serious delinquency;Ratio of balances to credit limits is too high on Bank Revolving or other Revolving accounts;Time since delinquency is too recent or unknown;Too few accounts currently paid as agreed Serious delinquency and Public Record OR Collection filedRatio of balance to limit on bank revolving or other rev accts too highTime since delinquency is too recent or unknownLack of recent installment loan information

If you have questions regarding your credit score, you should contact:
EQUIFAX INFORMATION SERVICES LLC PO BOX 740241 ATLANTA GA 30374-0241 800-685-1111
EXPERIAN 701 EXPERIAN PARKWAY PO BOX 2002 ALLEN TX 75013 888-397-3742

Sincerely,
Global Lending Services

Notice: The Federal Equal Credit Opportunity Act prohibits creditors, such as ourselves, from discriminating against credit applicants on the basis of their race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of income they receive derives from a public assistance program, or because they may have in good faith exercised their rights under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Equal Opportunity, Washington, DC 20580.

E-1

if you decide to sell your car directly to another person instead of trading it in. The Trade-In Range gives you an idea of what you can expect to get for your car this week at a dealership.

Private Party    Trade-In

Private Party Range
**$7,200 - $8,950**
Private Party Value
**$8,100**



Important info & Definitions

Based on Good Condition
Valid for ZIP Code 32801 through 08/04/2026

## Get a Cash Offer

Insurance rates feel higher?
Save up to $700. Get a quote. →
Advertisement

Sell your car on Autotrader.
List it quickly and securely. →

EXHIBITS ADDED

EXHIBIT I
VEHICLE SERVICE CONTRACT

1) THIS WAS NOT AUTHORIZED BY ME OR TINA CHEATHAM AND MY SIGNATURE IS NOT ON THIS DOCUMENT

2) THE SIGNATURE FOR WICH IS PURPORTED TO BE TINA CHEATHAM IS NOT HERS SHE DID NOT SIGN & ANYONE CAN SEE THAT ITS A FORGERY
REFER TO I-1 & I-2

3) THIS $1466 WARRANTY WAS NOT AUTHORIZED NOT WANTED, REQUESTED TO BE REMOVED AND STILL REMAINS
SEE EXHIBIT TEXTS
E 1-4

I SWEAR UNDER OATH THAT THIS IS A TRUE AND CORRECT STATEMENT AND THE CONTENTS OF THIS ATTACHMENT ARE NOT MY OPINION BUT FACTS AS I KNOW THEM TO BE. I HEREBY REQUEST A HAND WRITING EXPERT TO EXAMINE THE METERIAL HEREIN.

Matt Sargent Sr
MATTHEW ALLEN SARGENT